# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

RODNEY R. URY,

      Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY, et al.,

      Defendants.

**STIPULATED ORDER**

Case No. 16-cv-00260

This matter comes before the Court on the Parties Stipulated Motion to Extend Defendants' Expert Disclosure Deadlines and the Expert Rebuttal Deadline. For good cause shown, the motion is granted and the Court extends the deadline for the Defendants' expert disclosure from January 8, 2018 to January 31, 2018 and the deadline for rebuttal experts from January 23, 2018 to February 14, 2018.

    IT IS SO ORDERED.

December 27, 2017.

BY THE COURT:

_____
Cheryl R. Zwart
United States Magistrate Judge