# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| RODNEY R. URY, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | **STIPULATED ORDER** |
| v. | ) | Case No. 16-cv-00260 |
| UNION PACIFIC RAILROAD COMPANY, et al., | ) | |
| Defendants. | ) | |

This matter comes before the Court on the Parties Stipulated Motion to Extend Defendants' Expert Disclosure Deadline and the Expert Rebuttal Deadline. For good cause shown, the motion is granted and the Court extends the following deadlines:

1. Expert Disclosure of Dr. Hudson is due on or before April 2, 2018; and,

2. Plaintiff's rebuttal to Dr. Hudson's report is due on or before April 26, 2018.

IT IS SO ORDERED.

Dated this 30th day of March, 2018.

_____
UNITED STATES MAGISTRATE JUDGE